UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:12-cr-35
                                                  HON. R. ALLAN EDGAR

DOUGLAS AUGUST LEWIS,

        Defendant.
_____/

## ORDER OF DETENTION

    Defendant appeared before the undersigned on June 16, 2016 for an initial appearance on the amended petition for warrant for offender under supervision. Elizabeth LaCosse, Federal Public Defender appeared on behalf of defendant and Maarten Vermaat appeared on behalf of the United States.

    For reasons stated on the record, the defendant will remain detained pending further resolution of this matter.

    IT IS SO ORDERED.

                                                                  /s/ Timothy P. Greeley
                                                                  TIMOTHY P. GREELEY
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: 6/14/2016